**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNELL RICHARDSON-OLSZEWSKI,**

        **Plaintiff,**

-vs-                                                          Case No. 6:10-cv-1296-Orl-22DAB

**BLUEGREEN CORPORATION,**

        **Defendant.**
_____/

## ORDER

This matter comes before the Court *sua sponte*. This case was originally filed in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. (Doc. 1 at 1). It was removed to this Court on August 30, 2010. (Doc. 1 at 1). The Defendant, Bluegreen Corporation ("Bluegreen") asserted that this Court possessed original jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that the parties were diverse and more than $75,000 was at issue. (Doc. 1 at 1-2).

However, it appears that this removal was improper. Bluegreen asserts that its principal place of business is in the state of Florida. (Doc. 1 at 2). For diversity purposes, a corporation is deemed a citizen of (1) its state of incorporation and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Bluegreen is therefore considered to be a citizen of the state of Florida. Pursuant to 28 U.S.C. § 1441(b), cases based on diversity jurisdiction are removable "only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought." Thus, it appears that removal of the instant case was

accomplished by a citizen of the state of Florida, in violation of 28 U.S.C. § 1441(b), and the case should be remanded.

The Defendant has not yet had an opportunity to be heard on this issue, and there are circumstances under which a citizen of the forum state may properly remove a case to federal court. Accordingly, it is hereby

**ORDERED** that if the Defendant opposes a remand in this case, it shall file a brief on or before September 17, 2010, not to exceed ten pages, explaining why this removal was proper. If the Defendant does not oppose a remand, it should promptly notify the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party